# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 25, 2014

MEMORANDUM TO COUNSEL AND MR. WILLIS

    Re:    *Willis v. Bank of America Corporation et al.*
             Civil Action No. ELH-13-2615

Dear Mr. Willis and Counsel:

    As you know, on October 7, 2014, plaintiff submitted a Supplemental Amended Complaint (ECF 30, "Supplemental Amended Complaint"), with leave of the Court. On November 10, 2014, defendant Bank of America, N.A. filed a Motion for Enlargement of Time for Defendant to Respond to the Supplemental Amended Complaint (ECF 31, "Motion for Time") as well as a Motion to Dismiss (ECF 32, "Motion to Dismiss"). By Order of November 10, 2014 (ECF 33), the Court granted defendant's Motion to Dismiss, "provided, however, that by November 24, 2014, plaintiff may file a motion to rescind the Order on the ground that it was improvidently granted." On November 24, 2014, plaintiff timely filed a Motion to Vacate Order (ECF 34, "Motion to Vacate"), asking the Court to rescind its Order of November 10, 2014 (ECF 33).

    Plaintiff's Motion to Vacate (ECF 34) is GRANTED; the Order dismissing the Supplemental Amended Complaint (ECF 33) is hereby RESCINDED; and the Supplemental Amended Complaint (ECF 30) is reinstated. However, I shall also grant defendant's Motion for Time (ECF 31), as there is no prejudice to plaintiff in doing so.

    I shall consider in due course the Motion to Dismiss (ECF 32), hereby deemed as filed with leave of Court. In turn, plaintiff may treat his Motion to Vacate (ECF 34) as a response in opposition to the Motion to Dismiss. Alternatively, by December 12, 2014, plaintiff may file a new or supplemental response to defendant's Motion to Dismiss. The reply, if any, shall be filed in accordance with the applicable rules.

    Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

                                          Very truly yours,

                                          /s/

                                          Ellen Lipton Hollander
                                          United States District Judge

Copy sent by first class mail to:
Winfield T. Willis
2816 Hillsdale Road
Baltimore, MD 21207